1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | Matthew C. Bockmon, Bar #161566
Assistant Federal Defender
3 | 801 I Street, 3rd. Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
MANDA LYNN WENTZLOFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-11-476 LKK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME** |
| v. | ) **PURSUANT TO THE SPEEDY TRIAL ACT** |
| MANDA LYNN WENTZLOFF, | ) Date: March 6, 2012 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through JARED DOLAN, Assistant U.S. Attorney, and defendant, MANDA LYNN WENTZLOFF, by and through her counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Tuesday, January 10, 2012, be continued to Tuesday, March 6, 2012, at 9:15 a.m.

The reason for this continuance is because the parties have conferred and agree that additional time is needed for defense preparation and for meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, January 5, 2012, through and including the date of the new status conference hearing, March 6, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

///

///

counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: January 5, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DANIEL J. BRODERICK
Federal Defender

By:

*/s/ Matthew C. Bockmon for*
JARED DOLAN
Assistant U.S. Attorney
Attorney for United States

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MANDA LYNN WENTZLOFF

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on January 9, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, January 10, 2012, be vacated and that the case be set for **Tuesday, March 6, 2012, at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 9, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, January 5, 2012, through and including March 6, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: January 9, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT