UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|  | ) | CR.S-11-00476 LKK |
| v. | ) | |
|  | ) | |
| JASEN LYNN DUSHANE | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                                    ( ) Ad Testificandum

Name of Detainee:             JASEN LYNN DUSHANE
Detained at (custodian):      Northern Nevada Correctional Center

Detainee is:        a.)      (X) charged in this district by:    (X) Indictment    ( ) Information    ( ) Complaint
                                         charging detainee with: Possession of Stolen U.S. Mail, Possession of more than 15
                                           unauthorized Access Devices, and Aggravated Identity Theft
           or      b.)      ( )    a witness not otherwise available by ordinary process of the Court

Detainee will:      a.)      ( ) return to the custody of detaining facility upon termination of proceedings
          or      b.)      (X)    be retained in federal custody until final disposition of federal charges

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

                             Signature:                               /s/ Jared C. Dolan
                             Printed Name & Phone No:       Jared C. Dolan (916) 554-2767
                             Attorney of Record for:           United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                                    ( ) Ad Testificandum

        The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: March 14, 2012

                                                                         United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Sex:    Male |
| Booking or CDC #:      #1077589 | | DOB: 08/05/1975 |
| Facility Address:      5500 Snyder Avenue | | Race: |
|                       Carson City, Nevada 89702 | | FBI #: |
| Facility Phone:      (775)887-3284 | | |
| Currently Incarcerated For:      Felony | | |

### RETURN OF SERVICE

Executed on     _____      By: _____
                                                                                                            (Signature)