DANIEL J. BRODERICK, Bar #89424
Federal Defender
Matthew C. Bockmon, Bar #161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANDA LYNN WENTZLOFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR. S-11-476 LKK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| MANDA LYNN WENTZLOFF, | ) Date: May 1, 2012 |
| Defendant. | ) Time: 9:15 a.m. |
| | ) Judge: Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through JARED DOLAN, Assistant U.S. Attorney, and defendant, MANDA LYNN WENTZLOFF, by and through her counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Tuesday, April 10, 2012, be continued to Tuesday, May 1, 2012, at 9:15 a.m.

The reason for this continuance is because additional time is needed for defense preparation and for meetings between the parties with the goal being to resolve the case by way of a disposition. Ms. Wentzloff continues to do well in the residential treatment program and comply with her conditions of pretrial release. In addition, co-defendant Jasen Dushane is on calendar May 1, 2012, for status conference.

It is further stipulated that the time period from the date of this stipulation, April 5, 2012, through and including the date of the new status conference hearing, May 1, 2012, shall be excluded under the Speedy Trial

///

///

1  Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with
2  the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh
3  the best interests of the public and the defendant in a speedy trial.

DATED: April 5, 2012

   Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

By:

*/s/ Matthew C. Bockmon for*      */s/ Matthew C. Bockmon*
JARED DOLAN     MATTHEW C. BOCKMON
Assistant U.S. Attorney     Assistant Federal Defender
Attorney for United States     Attorney for Defendant
    MANDA LYNN WENTZLOFF

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on April 5, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, April 10, 2012, be vacated and that the case be set for **Tuesday, May 1, 2012, at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 5, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, April 5, 2012, through and including May 1, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

DATED: April 5, 2012

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT