```
 1  Robert M. Holley
    Attorney at Law
 2  State Bar No. 50769
    331 J Street, Suite 200
 3  Sacramento, California 95814
    Telephone:   (916) 443-2213
 4
    Counsel for JASEN LYNN DUSHANE
 5
 6
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,      ) Case No. CR.S-11-cr-476 LKK
12                                 )
               Plaintiff,          ) STIPULATION AND ORDER CONTINUING
13                                 ) STATUS CONFERENCE; EXCLUSION OF
        v.                         ) TIME
14                                 )
    JASEN LYNN DUSHANE,            )
15                                 )
               Defendant.          )
16  _____)
17
18                       **REASONS FOR STIPULATION**
19        The parties hereto agree that the case is complex with over
20  1200 pages of discovery and that the investigation and discovery
21  process is ongoing.  This stipulation is offered for the purpose of
22  insuring adequate time for defense preparation for pretrial motions and
23  trial.
24
25                                  */s/ Robert M. Holley*
                                    _____
26                                  Robert M. Holley
                                    Counsel for Mr. Dushane
27
28
```

**STIPULATION**

For the reasons set forth above, the parties hereto, by and through their respective undersigned counsel do hereby stipulate that the Status Conference presently scheduled for July 17, 1212 at 9:15 a.m. may be continued without appearance to **September 11, 1212 at 9:15 a.m.** The parties further stipulate that all time included in this continuance be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv)(Local Code T4) (counsel's need to prepare). It is further stipulated that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A).

**Dated: July 13, 2012**

/s/ *Mr. Jared C. Dolan, Esq.* **(by RMH)**

**Mr. Jared C. Dolan, Esq.**
**Assistant United States Attorney**
**Counsel the United States**

/s/ *Mr. Robert M. Holley, Esq.*

**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Dushane**

<u>ORDER</u>

**GOOD CAUSE APPEARING,** the above calendaring change for status conference as set forth and stipulated above, with the stipulated exclusion of time under the Federal Speedy Trial Act, **IS SO ORDERED.**

The Court further finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A).

**Dated: July 13, 2012**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3