| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, Bar # 161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
MANDA LYNN WENTZLOFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  CASE NO. 2:11-CR-00476 LKK
                           )
           Plaintiff,      )
                           )  **ORDER RE WAIVER OF DEFENDANT'S**
    v.                     )  **PRESENCE**
                           )
                           )
MANDA LYNN WENTZLOFF,      )
                           )
           Defendant.      )
_____)

Pursuant to Fed.R.Crim.P. 43, defendant, MANDA LYNN WENTZLOFF, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver and agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present. Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in her absence.

/ / /

| | |
|---|---|
| 1 | / / / |
| 2 | / / / |

3   Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes her attorney to set times and delays under that Act without her personal presence.

Dated: October 16, 2012

                                        */s/ MANDA LYNN WENTZLOFF*  
                                        MANDA LYNN WENTZLOFF  
                                        (Original retained by attorney)

10  I concur in Mr. Battle's decision to waive his presence at future proceedings.

Dated: October 16, 2012

                                        */s/ Matthew C. Bockmon*  
                                        MATTHEW C. BOCKMON  
                                        Assistant Federal Defender  
                                        Attorney for Defendant  
                                        MANDA LYNN WENTZLOFF

IT IS SO ORDERED:

Dated: October 23, 2012

                                        LAWRENCE K. KARLTON  
                                        SENIOR JUDGE  
                                        UNITED STATES DISTRICT COURT