| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | Matthew C. Bockmon, Bar #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | MANDA LYNN WENTZLOFF |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR. S-11-476 TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS CONFERENCE AND TO EXCLUDE** |
| v. | ) | **TIME PURSUANT TO THE SPEEDY TRIAL** |
| | ) | **ACT** |
| | ) | |
| MANDA LYNN WENTZLOFF, | ) | Date:  August 1, 2013 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: Troy L. Nunley |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through JARED DOLAN, Assistant U.S. Attorney, and defendant, MANDA LYNN WENTZLOFF, by and through her counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Thursday, June 20, 2013, be continued to Thursday, August 1, 2013, at 9:30 a.m.

The reason for this continuance is because additional time is needed for defense preparation and for meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, June 13, 2013, through and including the date of the new status conference hearing, August 1, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: June 13, 2013

                Respectfully submitted,

                HEATHER E. WILLIAMS
                Federal Defender

                */s/ Matthew C. Bockmon*
                MATTHEW C. BOCKMON
                Assistant Federal Defender
                Attorney for Defendant
                MANDA LYNN WENTZLOFF

Dated: June 13, 2013        BENJAMIN B. WAGNER
                United States Attorney

                */s/ Matthew C. Bockmon for*
                JARED DOLAN
                Assistant U.S. Attorney
                Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on June 13, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, June 20, 2013, be vacated and that the case be set for **Thursday, August 1, 2013, at 9:30 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 13, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, June 13, 2013, through and including August 1, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: June 13, 2013

                Troy L. Nunley
                United States District Judge