Jasen L. Du Shane
651 "I" Street
Sacramento, California 95814

In Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   Case No. 2:11-CR-476 TLN

Plaintiff,

~~[PROPOSED]~~ ORDER

v.

JASEN LYNN DU SHANE,

Defendant.

## ORDER

IT IS SO ORDERED that the "Ex Parte Requests for Orders Authorizing Subpoena Duces Tecum pursuant to F.R.Crim.P. 17(c)," be filed under seal pursuant to Federal Rule of Criminal Procedure 49.1(d) and Local Rule 141.

Dated: August 9, 2013

Honorable Allison Claire
U.S. Magistrate Judge

Defendant's Request to Seal Documents                                    Page 1