UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JASEN LYNN DU SHANE,<br>Defendant. | No. 2:11-CR-476-TLN<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR COURT ORDER (ECF NO. 125)** |

Pursuant to this Court's order on the record on August 1, 2013,[1] Defendant Jasen Lynn Du Shane ("Defendant") shall be allowed one haircut prior to the start of his trial on August 26, 2013. Furthermore, pursuant to Defendant's pro se status, the Court orders that for the duration of the trial Defendant shall not be awoken at 2 A.M. and shall instead be allowed to shower after receiving breakfast, so far as this order does not conflict with necessary security provisions at the Sacramento County Jail. The Court directs the clerk's office to forward a copy of this Order to the Sacramento County Jail.

IT IS SO ORDERED.

Dated: August 9, 2013

Troy L. Nunley
United States District Judge

[1] *See* Minute Order ECF 119.